UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

        *Plaintiff*,

vs.

CITY OF NEW YORK; NEIL VERAS;
PATRICIA DE JESUS; JOHN DOE, POLICE
OFFICER #1; JOHN DOE, POLICE OFFICER
#2; JOHN DOE, POLICE OFFICER #3; NEW
YORK CITY HEALTH AND HOSPITALS JOHN
DOE, MD #1,

        *Defendants*.

**ORDER**

19 Civ. 6332 (ER)

RAMOS, D.J.:

      Wilfredo Torres, proceeding *pro se,* alleges constitutional violations by the City of New York (the "City"), New York City Health and Hospitals, Neil Veras, Patricia De Jesus, three John Doe Police Officers and a John Doe doctor (the "John Doe Defendants"). Docs. 2, 12. On February 7, 2020 the Court directed the City, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), to identify the John Doe Defendants within sixty days (the "*Valentin* Order"). Doc. 14 at 3. On April 10, 2020, the Court granted the City's first request for a sixty-day extension of the time to respond to the *Valentin* Order. Doc. 18. According to the City, it had not identified the John Doe doctor because the City had yet to secure a medical release from Torres. Doc. 17 at 2-3. On June 8, 2020, the City requested a second sixty-day extension of the time to respond to the *Valentin* Order and to be relieved of its obligation to identify the John Doe doctor because of Torres's "refusal to execute and return" the medical release required to obtain his medical records and therefore identify the John Doe doctor. Doc. 27 at 2. On June 9, 2020, the Court granted both requests. Doc. 28.

However, on June 23, 2020, the Court received a letter from Torres indicating that he would "immediately" return an executed medical release to the City to facilitate the City's compliance with the *Valentin* Order. Doc. 33 at 2. Accordingly, Torres is directed to execute and return the requisite medical release to the City by **June 29, 2020**. Failure to do so will result in the City being relieved of its obligation to identify the John Doe doctor.

Upon receipt of Torres' medical release, the City is again directed to identify the John Doe doctor along with the other John Doe Defendants by **August 7, 2020**.

A copy of this Order will be sent by Chambers to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated:   June 24, 2020
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.