# MEMO ENDORSED

MOTION TO COMPEL

---

Wilfredo Torres,

        Pro Se Plaintiff

  -vs-

City of New York, et al.

        Defendants

---

Re: 19CV6332 (ER) (KP)

> The City of New York is directed to submit a response to Torres' motion to compel by July 27, 2020.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 7/21/2020
> New York, New York

To the Honorable Edgardo Ramos,
United States Judge
Southern District of New York
Courthouse
500 Pearl Street
New York, N.Y. 10007

Your Honor:

As pro se plaintiff of the above case I hereby respectfully ask the Court for an Order compelling defendants Police Officer Neil Veras, Police Officer Patricia De Jesus, Police Officer John Doe #1, Police Officer John Doe #2, and Police Officer Jane Doe #3, to produce their body-camera videos, all personal and official notes, and all other official documents about the raid of my apartment on 2-27-2019.

RECEIVED SDNY PRO SE OFFICE 2020 JUL 20 AM 11:14

## BACKGROUND INFORMATION:

1---I am erroneously included in the terrorists' list of the government of the United States, and as such am persecuted, tortured, and denied due process of law in the Courts. Exhibit 1.

2---The government of the United States admits that its own Central Intelligence Agency ("CIA") caused the controlled-demolition of the World Trade Center on September 11, 2001 ("9/11"); blamed others; in Iraq alone slaughtered over 1-million innocent men, women, and children; proudly declared "mission accomplished"; got both political parties to assign billions of dollars to its fake "war on terror" at home and abroad; multiplied its military budget; activated a tyrannical law called The Patriot Act; a secret and omnipotent Court named Foreign Intelligence Surveillance Court; and replaced the U.S. Constitution with a police-state. Exhibits 2, 3, 4.

3---Today, 19 years after 9/11, the U.S. Attorney for the Southern District of New York, Geoffrey Berman, granted the request of the Lawyers' Committee for 9/11 Inquiry, Inc. for a grand jury to find out who planted the explosives at the twin towers that day. Exhibit 5.

4---A few days ago Geoffrey Berman was fired to prevent the 9/11 investigation. Exhibit 6.

-3-

5---In 2015, and 2016, the Central Intelligence Agency-Federal Bureau of Investigation-New York City Police Department unit created to persecute political dissidents ("the CIA terrorists") carried-out warrantless raids of my apartment.

6---I filed case 16CV2362 in this Court which was assigned to Magistrate-Judge Kevin Nathaniel Fox, and Judge Ronnie Abrams, but from the very beginning they treated me like a criminal, fiercely defended the CIA terrorists, and ultimately ignored the evidence and dismissed the case.

7---These Judges were in fact giving a blank-check to the CIA terrorists to commit more attacks against me, and on 2-27-2019 there was another warrantless raid of my apartment. See photograph of the CIA terrorists ransacking my apartment in my absence. Exhibit 7.

8--To escape the persecution of Judges Abrams and Fox I asked the Chief Judge to assign the lawsuit of the last attack to a different Judge as a new case, and she assigned it to your Courtroom as case 19CV6332.

## CONCLUSION:

The information requested here is vital to the case.

Wilfredo Torres
470 Second Avenue Apt. 2A
New York, N.Y. 10016

Telephone: 212-447-1737

Cc:
City of New York-Law Department
Attn. Carolyn K. Depoian, Esq.
Attn. Jessica Engel, Esq.
100 Church Street
New York, N.Y. 10007

**DANIEL L. MEYERS**
ATTORNEY-AT-LAW
350 BROADWAY, SUITE 308
NEW YORK, NY 10013
(212) 226-4106 (PHONE)
(212) 431-0107 (FAX)



May 23, 2006

Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

**Re: Freedom of Information Act Request
On behalf of Mr. Wilfredo Torres**

Dear Information and Privacy Coordinator:

Your undersigned is the attorney for Mr. Wilfredo Torres, who has, in writing, authorized me to request on his behalf certain records and information from your agency as more fully described below. (Attached is the duly notarized authorization).

This letter constitutes a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Privacy Act, 5 U.S.C. § 552a ("PA"). Similar requests have been submitted to the Transportation Security Organization ("TSA"), the Department of Justice ("DOJ"), the Department of Homeland Security ("DHS"), the Federal Bureau of Investigation ("FBI") and the National Security Agency ("NSA").

The following personal information is submitted to specifically identify the party in interest:

- Mr. Wilfredo Torres;
- 470 Second Avenue, Apt. 2A
  New York, NY 10016;
- Date of birth, March 23, 1952;
- Place of birth, San Juan, Puerto Rico;
- Social Security number, 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.

For many years, including 2006, Mr. Torres travels frequently between New York and Puerto Rico. His principle travel purpose is to visit with family. He has been designated wrongfully, by your agency and/or in concert with other governmental agencies and/or the airlines, as a person who poses or is suspected of posing "a threat to civil aviation." As a

President Trump... them, the New York Times reports.



Press TV is targeted



# 'It was not Iraq. It were other people', says Trump

Home / US / Politics                Mon Jun 17, 2019 03:25PM [Updated: Mon Jun 17, 2019 05:57PM]



US President Donald Trump talked to ABC News' George Stephanopoulos on Sunday.

**US President Donald Trump says he knows who was behind the September 11, 2001 terrorist attacks that left thousands of Americans dead.**

In an exclusive interview with ABC News' George Stephanopoulos broadcast on Sunday, Trump categorically said that "Iraq did not knock down the World Trade Center."



Published on *American Civil Liberties Union* (https://www.aclu.org)



# Terror Watch List Counter: A Million Plus [1]

**Why are there so many names on the U.S. government's terrorist list?**

In September 2007, the Inspector General of the Justice Department reported [2] that the Terrorist Screening Center (the FBI-administered organization that consolidates terrorist watch list information in the United States) had over 700,000 names in its database as of April 2007 - and that the list was growing by an average of over 20,000 records per month.[1] (See also this new March 2008 report [3].[2] )

By those numbers, the list now has over one million names on it. Terrorist watch lists must be tightly focused on true terrorists who pose a genuine threat. Bloated lists are bad because

- they ensnare many innocent travelers as suspected terrorists, and
- because they waste screeners' time and divert their energies [4] from looking for true terrorists.

Watch list main page [5]
Airline security page [6]

© 2019 ACLU

Source URL: https://www.aclu.org/other/terror-watch-list-counter-million-plus#comment-0

**Links**
[1] https://www.aclu.org/other/terror-watch-list-counter-million-plus
[2] http://www.usdoj.gov/oig/reports/FBI/a0741/final.pdf
[3] http://www.usdoj.gov/oig/reports/plus/a0816/final.pdf
[4] https://www.aclu.org/privacy/gen/26535res20060824.html
[5] https://www.aclu.org/technology-and-liberty/watch-lists
[6] https://www.aclu.org/technology-and-liberty/airline-security



Home | News | Programs

Tuesday, Feb 18 2014  12:01 PM GMT    www.liveleak.com/c/PressTV

Home > Video Reportages                                Email   Print



# "US Terrorism List Violates US Civil Liberties"

The Federal Bureau of Investigation, the national policing agency of the United States, admits to having compiled a "Terrorist Screening Database" with the names of persons suspected or alleged to be involved in terrorism.

The list contains the names of over a million people, who have been convicted of no crime and given no chance to defend themselves. One activity of the "Terrorism Screening Database" is the creation of the "No Fly List", which prevents thousands of people, including many US citizens, from boarding any aircraft. Once added to the list, things in their lives can become very difficult. Wilfredo Torres, suddenly found himself being subject to all kinds of harassment after he began protesting discrimination in travel policies. In one instance he was removed from a flight by airline officials. When Mr. Torres lawyer filed a request for information, the FBI revealed that it had collected over 100 pages of information about him. He now wants to have his name removed from the list. The FBI and other divisions of the US Department of Justice, have a long history of suppressing political dissidents over the last several decades. A law suit has been filed by the American Civil Liberties Union, in the hopes that courts will intervene, and halt the continued use of such lists.

Select B-rate ▼

0

Caleb Maupin, Press TV New York

Full Screen

Latest From Video Reportages

*Poll*

Is the war against Syria's government a freedom-seeking battle, or a terrorist one?

○ 1) It is a battle waged by freedom-seeking forces
○ 2) It is a battle waged by foreign-backed terrorists

  

Today   Last Week   Last Month

Most Read    Most Commented
Most Shared   Most Watched

 How to watch Press TV
Read more

 Zionists celebrate occupation of USA
Read more

 Free Syrian Army fires chief of staff
Read more

 Fighting Takfiris worth sacrifice
Read more

 Leader says not optimistic about N-talks

Related Stories

UN to evacuate MKO terrorists from Iraq     Support for Canada-US National Security Cooperation declines

NEWS (/NEWS)



# Update: U.S. Attorney Berman Agrees To Step Down

BY <u>DAVID CRUZ (/STAFF/DAVID-CRUZ)</u>
JUNE 20, 2020 9:54 A.M. • <u>60 COMMENTS</u>

   



Geoffrey Berman. FRANK FRANKLIN II/AP/SHUTTERSTOCK



# Breakthrough: U.S. Attorney Agrees to Present Evidence of WTC Demolition to Federal Grand Jury

Finally, after 17 long years, the 9/11 Truth Movement has opened an avenue to prosecuting those responsible for the shocking destruction of the World Trade Center and the horrible loss of life that resulted.

In April 2018, the Lawyers' Committee for 9/11 Inquiry — together with more than a dozen 9/11 family members and with help from AE911Truth — filed a petition with the U.S. Attorney in Manhattan demanding that he present evidence of unprosecuted federal crimes at the World Trade Center to a special grand jury. Then, in November, came the big news: The U.S. Attorney notified the Lawyers' Committee (https://www.ae911truth.org/images/PDFs/US-Attorney-Letter-110718.pdf) in writing that he would comply with the provisions of 18 U.S.C. § 3332 requiring him to relay their report to a special grand jury.

Now the Lawyers' Committee and AE911Truth are working to ensure a *thorough and successful* grand jury investigation.