UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

        *Plaintiff*,

vs.

CITY OF NEW YORK; NEIL VERAS;
PATRICIA DE JESUS; JOHN DOE, POLICE
OFFICER #1; JOHN DOE, POLICE OFFICER
#2; JOHN DOE, POLICE OFFICER #3; NEW
YORK CITY HEALTH AND HOSPITALS JOHN
DOE, MD #1,

        *Defendants*.

**ORDER**

19 Civ. 6332 (ER)

Ramos, D.J.:

      Wilfredo Torres, proceeding *pro se,* alleges constitutional violations by the City of New York (the "City"), New York City Health and Hospitals, Neil Veras, Patricia De Jesus, three John Doe Police Officers and a John Doe doctor (the "John Doe Defendants"). Docs. 2, 12. On February 7, 2020 the Court directed the City, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), to identify the John Doe Defendants (the "*Valentin* Order"). Doc. 14 at 3. On June 24, 2020, the Court directed the City to respond to the *Valentin* Order by August 7, 2020. Doc. 34 at 2. On July 20, 2020, Torres moved to compel production of "body camera videos, all personal and official notes, and all other official documents" from the police officer defendants concerning a raid of his apartment on February 27, 2019. Doc. 48 at 1. On July 27, 2020, the City opposed, arguing that the City is the only defendant who has been served and discovery has yet to commence. Doc. 51 at 1-2 & n.2. The City further argues that Torres has not met and conferred with the City regarding this request before asking for judicial intervention, or even served a discovery request. *Id.* at 51 at 2; Fed. R. Civ. P. 37(a)(1), 37(a)(3)(B). Finally, the City contends

that it cannot comply with Torres' request because the John Doe Police Officers have yet to be identified.  Doc. 51 at 2.

The Court agrees that the request is premature and denies it without prejudice to renew at the appropriate time.  Following the City's compliance with the *Valentin* Order, the parties are directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) regarding discovery.

A copy of this Order will be sent by Chambers to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated:   July 27, 2020
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.