UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

        *Plaintiff*,

vs.

CITY OF NEW YORK; NEIL VERAS;
PATRICIA DE JESUS; JOHN DOE, POLICE
OFFICER #1; JOHN DOE, POLICE OFFICER
#2; JOHN DOE, POLICE OFFICER #3; NEW
YORK CITY HEALTH AND HOSPITALS;
JOHN DOE, MD #1,

        *Defendants*.

**ORDER**

19 Civ. 6332 (ER)

RAMOS, D.J.:

      Wilfredo Torres, proceeding *pro se,* alleges constitutional violations by the City of New York (the "City"), New York City Health and Hospitals, Neil Veras, Patricia De Jesus, three John Doe Police Officers and a John Doe doctor (the "John Doe Defendants"). Docs. 2, 12. On February 7, 2020 the Court directed the City, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), to identify the John Doe Defendants (the "*Valentin* Order"). Doc. 14 at 3. The City is currently expected to comply with the *Valentin* Order by August 7, 2020 and to respond to the amended complaint by August 24, 2020. Docs. 32 at 3; 34 at 2.

      The City now requests an extension of the time to respond to the amended complaint until sixty days after Torres has returned an executed release pursuant to C.P.L. § 160.50 for information on dismissed and sealed cases (the "Release"). Doc. 59 at 3. The City further requests that the Court compel Torres to complete the Release. *Id.* The Court grants both requests.

Accordingly, Torres is directed to execute and return the Release to the City by no later than **August 14, 2020**. The City is further directed to respond to the amended complaint by no later than **October 13, 2020**. The Clerk is respectfully directed to terminate the motion, Doc. 59.

A copy of this Order will be mailed by Chambers to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.


Dated:   August 5, 2020
        New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.