UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

        vs.

CITY OF NEW YORK; NEIL VERAS; PATRICIA DE JESUS, Shield No. 1305; DIOASKY PENA, Shield No. 10240; DANIEL PEARLES, Shield No. 15167; MATEUSZ HADER, Shield No.9149; NEW YORK CITY HEALTH AND HOSPITALS; ARKAPRAVA DEB, M.D.; and STEVEN LASLEY, M.D.,

                Defendants.

**ORDER**

19 Civ. 6332 (ER)

RAMOS, D.J.:

      Wilfredo Torres, *pro se*, brought suit against the City of New York (the "City"), New York City Health and Hospitals ("NYCHH"), Police Lieutenant Neil Veras, Police Officer Patricia de Jesus, and numerous John Does, for violating his constitutional rights. Doc. 1. On February 7, 2020 the Court issued an order, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), directing the Clerk to (1) issue summonses for the City, NYCHH, Vera, and de Jesus, (2) complete USM-285 forms for service on those defendants, and (3) deliver all documents necessary to complete service on them to the U.S. Marshals. Doc. 14 at 4. The Court also directed the City and NYCHH to identify the John Doe Defendants and Plaintiff to amend the complaint within thirty days of their compliance with the Court's Order. *Id*. at 3. The City and NYCHH complied with the Court's Order by September 10. Docs. 72, 73, 77. On October 9, Plaintiff filed his second amended complaint adding Officers Dioasky Pena, Daniel Pearles, Mateusz Hader, and Doctors Arkaprava Deb and Steven Lasley as defendants (together with Veras and de Jesus, "Named Defendants"). Doc. 81. The Clerk issued summonses with respect

to the City, NYCHH, Veras, and de Jesus.  However, as of the date of this Order, none of the Named Defendants, including Veras and de Jesus, have been served.

The Clerk is therefore directed to

- issue summonses as to the Named Defendants;
- complete USM-285 forms for service on the Named Defendants; and
- deliver all documents necessary to complete service on the Named Defendants to the U.S. Marshals.

A list of the Named Defendants and their service addresses is attached Appendix A to this Order.

The Clerk is further directed to mail a copy of this order to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated:   October 26, 2020
         New York, New York

EDGARDO RAMOS, U.S.D.J.

## APPENDIX A

1. Police Officer Neil Veras
   13th Precinct
   230 East 21st Street
   New York, New York 10010

2. Police Officer Patricia de Jesus, Shield No. 1305
   13th Precinct
   230 East 21st Street
   New York, New York 10010

3. Police Officer Dioasky Pena, Shield No. 10240
   13th Precinct
   230 East 21st Street
   New York, New York 10010

4. Police Officer Daniel Pearles, Shield No. 15167
   13th Precinct
   230 East 21st Street
   New York, New York 10010

5. Police Officer Mateusz Hader, Shield No. 9149
   13th Precinct
   230 East 21st Street
   New York, New York 10010

6. Dr. Arkaprava Deb
   Bellevue Hospital
   462 First Avenue
   New York, New York 10016

7. Dr. Steven Lasley
   Bellevue Hospital
   462 First Avenue
   New York, New York 10016