UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

        Plaintiff,

vs.

CITY OF NEW YORK; NEIL VERAS; PATRICIA DE JESUS, Shield No. 1305; DIOASKY PENA, Shield No. 10240; DANIEL PEARLES, Shield No. 15167; MATEUSZ HADER, Shield No.9149; NEW YORK CITY HEALTH AND HOSPITALS; ARKAPRAVA DEB, M.D.; and STEVEN LASLEY, M.D.,

        Defendants.

**ORDER**

19 Civ. 6332 (ER)

RAMOS, D.J.:

    Wilfredo Torres, *pro se*, brings this action against the City of New York (the "City"), New York City Health and Hospitals ("NYCHH"), Police Lieutenant Neil Veras, Police Officer Patricia de Jesus, and numerous John Does, for violating his constitutional rights. Doc. 1. On October 9, 2020, following the City and NYCHH responses to the Court's *Valentin* Order, Plaintiff filed his second amended complaint adding Officers Dioasky Pena, Daniel Pearles, Mateusz Hader, and Doctors Arkaprava Deb and Steven Lasley as defendants. Doc. 81. On January 25, 2021, Plaintiff requested that the Court issue an order of service. As of the date of this Order, neither Doctors Deb nor Lasley have been served.

    Accordingly, Plaintiff's request is granted. The Clerk is directed to

- issue amended summonses as to Doctors Deb and Lasley;
- complete USM-285 forms for service on Doctors Deb and Lasley; and
- deliver all documents necessary to complete service on Doctors Deb and Lasley to the U.S. Marshals.

A list of their service addresses is attached Appendix A to this Order.

The Clerk is further directed to mail a copy of this order to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated: January 28, 2021
New York, New York

*(signature)*

EDGARDO RAMOS, U.S.D.J.

## APPENDIX A

1. Dr. Arkaprava Deb
   Bellevue Hospital
   462 First Avenue
   New York, New York 10016

2. Dr. Steven Lasley
   Bellevue Hospital
   462 First Avenue
   New York, New York 10016