UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

        *Plaintiff*,

vs.

CITY OF NEW YORK; NEIL VERAS; PATRICIA DE JESUS, Shield No. 1305; DIOASKY PENA, Shield No. 10240; DANIEL PEARLES, Shield No. 15167; MATEUSZ HADER, Shield No. 9149; NEW YORK CITY HEALTH AND HOSPITALS; ARKAPRAVA DEB, M.D.; and STEVEN LASLEY, M.D.,

        *Defendants*.

**ORDER**

19 Civ. 6332 (ER)

RAMOS, D.J.:

    Wilfredo Torres, *pro se,* brought this action against the City of New York (the "City"), New York City Health and Hospitals ("NYCHH"), and several John Does employed by the City and NYCHH for violation of his constitutional rights during a raid of his apartment and subsequent hospitalization at Bellevue Hospital. Doc. 2. On February 7, 2020 the Court directed the City and HYCHH, pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997), to identify the John Does (the "*Valentin* Order"). Doc. 14. On August 4, 2020, Torres moved to compel response to the Court's *Valentin* Order. Doc. 58. By September 10, 2020, the City and NYCHH had complied with the Court's *Valentin* Order. Docs. 72, 73, 76. On October 9, 2020, Torres filed a second amended complaint adding an additional defendant who he named Dr. Steven Lasley. Doc. 81. On January 15, 2021, Dr. Lasley's summons was returned unexecuted because Bellevue Hospital "ha[d] no record of" him. Doc. 113. On February 2, the Court directed NYCHH to identify the second doctor who had examined Torres at Bellevue Hospital and who

2

Torres had attempted to identify as Dr. Lasley.  Doc. 124.  On February 26, 2021, NYCHH identified the second doctor as Dr. Steven Issley.  Doc. 126.

Because all John Does have now been identified, Torres' motion to compel is moot. Torres' motion to compel is therefore denied.

The Clerk is respectfully directed to terminate the motion, Doc. 58, and mail a copy of this Order to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated:   March 19, 2021
         New York, New York

                                                     EDGARDO RAMOS, U.S.D.J.