UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILFREDO TORRES,<br><br>                    Plaintiff,<br><br>         -against-<br><br>CITY OF NEW YORK; NEIL VERAS; PATRICIA DE JESUS, Shield No. 1305; DIOASKY PENA, Shield No. 10240; DANIEL PEARLES, Shield No. 15167; MATEUSZ HADER, Shield No. 914; NEW YORK CITY HEALTH AND HOSPITALS; ARKAPRAVA DEB, M.D.; and STEVEN LASLEY, M.D.,<br><br>                    Defendants. | **ORDER**<br><br>19 Civ. 6332 (ER) |

RAMOS, D.J.

     Wilfredo Torres, *pro se*, brought this action against the City of New York (the "City"), New York City Health and Hospitals ("NYCHH"), and several John Does employed by the City and NYCHH for violation of his constitutional rights during a raid of his apartment and subsequent hospitalization at Bellevue Hospital.  Doc. 2.  On February 7, 2020, the Court ordered counsel for the City and NYCHH to identify the unnamed defendants pursuant to *Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997).  On September 4, 2020, after having been granted extensions of time to respond, the City and NYCHH responded to the Court's *Valentin* order, and NYCHH identified the defendant doctor as Dr. Arkaprava Deb.  Docs. 72, 73.  On October 9, 2020, Torres filed a second amended complaint.  Doc. 81.

     All defendants have now been served with the exception of Dr. Deb.  Because service on Dr. Deb at the address provided by NYCHH has twice been unsuccessful, *see* Docs. 125, 152, the Court ordered NYCHH to provide a status report as to service, Doc. 154.  NYCHH has now

provided the Court with Dr. Deb's last known address.

The Court therefore orders that service upon Dr. Deb be made by **March 7, 2022**. The Clerk of Court is respectfully directed to

- issue amended summonses as to Dr. Deb;
- complete USM-285 forms for service on Dr. Deb;
- deliver all documents necessary to complete service on Dr. Deb to the U.S. Marshals.

His service address is set forth separately in Appendix A.

The Clerk of Court is further respectfully requested to mail a copy of this order to Wilfredo Torres, 470 Second Avenue, Apt. 2A, New York, New York 10016.

It is SO ORDERED.

Dated: February 22, 2022
       New York, New York

_____
Edgardo Ramos, U.S.D.J.