# MEMO ENDORSED

United States District Court
Southern District of New York

Motion to Compel

Re: 19CV6332 (ER)(KP)

Wilfredo Torres

Dated: January 2, 2023

Pro Se Plaintiff

-vs-

City of New York, et al.

Defendants

> Because the materials sought after herein have already been transmitted to Plaintiff, see Docs. 189; 190, this motion is denied as moot. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: February 3, 2023
> New York, New York

To Hon. Judge Edgardo Ramos:

1---I am the pro se plaintiff in this national security case against the Deep State-CIA-FBI COINTELPRO's domestic assassinations program.

2--- On 12-14-2022 David M. Dince, Esq. filed a Notice of Appearance on behalf of defendant New York City Health and Hospitals. Docket 179.

3---On 12-23-2022 he filed another Notice of Appearance on behalf of defendant Steven Lasley, MD. Docket 180.

4---On 12-27-2022 Doreen Dufficy, Esq. of Heidell Pittoni Murphy & Bach, LLP filed a document asking the court to deny my Motion to Disbar against her. Docket 181.

5---On 12-27-2022 Doreen Dufficy, Esq. filed a Substitution of Attorney stating David M. Dince, Esq. of Aaronson Rappaport Feinstein & Deutsch, LLP, will be the new legal representative for defendant HHC Bellevue Hospital and Steven Lasley, MD. Docket 182.

6---On 12-27-2022 Doreen Dufficy, Esq. filed an Affirmation of Substitution of Counsel. Docket 183.

-2-

7---Doreen Dufficy, Esq. and David M. Dince, Esq. have not served me copies of these filings.

I ask for an order compelling them to do so.

*Wilfredo Torres*
Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016

Tel. 212-447-1737

Cc:
City of New York-Law Department
Sylvia Hinds Radix, Esq.
Carolyn Kay Depoian, Esq.
100 Church Street
New York, N.Y. 10007

Heidell Pittoni Murphy & Bach, LLP
Doreen Dufficy, Esq.
Gabrielle LaMarche DeYoung, Esq.
99 Park Avenue
New York, N.Y. 10016

Aaronson Rappaport Feinstein & Deutsch, LLP
David M. Dince, Esq.
600 Third Avenue
New York, N.Y. 10016

**Certified Mail**