# MEMO ENDORSED

**United States District Court**
**Southern District of New York**

-------------------------------------------------------

**Wilfredo Torres**

                             **Pro Se Plaintiff**

                 -vs-

**City of New York, et al.**

                             **Defendants**

-------------------------------------------------------

RECEIVED SDNY PRO SE OFFICE
2023 JAN 10 PM 12:12

**Motion to Clarify Court Order**

**Re: 19CV6332 (ER)(KP)**

**Dated: January 10, 2023**

> The Court ruled on Plaintiff's motion for sanctions in the January 17, 2023 order. *See* Doc. 192. This motion for clarification is therefore dismissed as moot. SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: February 3, 2023
> New York, New York

To: Hon. Judge Edgardo Ramos:

1---I am the pro se plaintiff in this national security case against the Deep State-CIA-FBI-COINTELPRO's domestic assassinations program which uses HHC Bellevue Hospital as torture center.

2---This case is a continuation of case 16CV2362 which commenced in this court on 3-29-2016.

3---Case 16CV2362 was capriciously dismissed by corrupt U.S Judge Ronnie Abrams, her husband, corrupt U.S. Deputy Attorney General, Greg Andres, and corrupt U.S. Magistrate-Judge Kevin Nathaniel Fox.

4---Gabriel LaMarche DeYoung, Esq. and Doreen Dufficy, Esq., of Heidell Pittoni Murphy & Bach, LLP have represented HHC Bellevue Hospital since the commencement of this action.

-2-

5---At one point I filed a Motion for Sanctions against attorney LaMarche, and her law firm, for refusing to disclose the names of the FBI agents that kidnapped and took me to HHC Bellevue Hospital to be tortured on 4-28-2016; as a good-faith gesture I later withdrew the motion. Case 16CV2362, docket 151.

6---Although the present case before you, 19CV6332, was commenced on 7-19-2019, for about the last two (2) years you have paralyzed the proceedings in order to give the defendants time to continue trying to kill me.

7---On 6-22-2022 I filed a Motion for Sanctions against Heidell Pittoni Murphy & Bach, LLP, and to disbar despicable lawyer Doreen Dufficy. Docket 168.

8---On 12-27-2022 they created a smoke and mirrors scenario: sent you several letters announcing their resignation from the case, and mixed it with a brief request to dismiss the Motion for Sanctions and disbarment. Dockets 179, 180, 181, 182, 183, 184, 185.

9---With a routine "Memo Endorsement" you granted their request to withdraw from the case, but it's unclear if you also dismissed the Motion for Sanctions, and disbarment.

Please clarify.

Wilfredo Torres
Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y.10016

Telephone: 212-447-1737

-3-

Cc:

Hon. Joseph Biden,
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

Hon. Kamala Harris,
Vice-President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

City of New York-Law Department
Sylvia Hinds-Radix, Esq.
Carolyn Kay Depoian, Esq.
100 Church Street
New York, N.Y. 10007

Heidell Pittoni Murphy & Bach, LLP
Gabrielle LaMarche DeYoung, Esq.
Doreen Dufficy, Esq.
99 Park Avenue
New York, N.Y. 10016

Aaronson Rappaport Feinstein & Deutsch, LLP
David Dince, Esq.
600 Third Avenue
New York, N.Y. 10016