**United States District Court**
**Southern District of New York**

**MEMO ENDORSED**

**Motion to Reconsider**
**Court Order**

-------------------------------------------------------

Wilfredo Torres,

Re: 19CV6332 (ER)(KP)

          **Pro Se Plaintiff**

Dated: January 23, 2023

-vs-

City of New York, et al.

> Having set forth no legal or factual basis for why the Court should reconsider the holding of the January 17, 2023 opinion and order, *see* Doc. 192, this motion for reconsideration is denied. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: February 3, 2023
> New York, New York

          **Defendants**

-------------------------------------------------------

To Hon. Edgardo Ramos,
United States Judge

1---As pro se plaintiff of this case against the Deep State-CIA-FBI-COINTELPRO's domestic assassinations program that uses HHC Bellevue Hospital as Project MK-Ultra torture center, I hereby ask you to reverse your order dated 1-17-2023 dismissing the hospital and its doctors as defendants, and also dismissing my petition to impose sanctions against their law firm, Heidell Pittoni Murphy & Bach, LLP, and to disbar their lawyer, Doreen Dufficy.

2---The background of this case is that on 6-08-2015, 7-13-2015, and 8-02-2015, I sent letters to the then U.S. President Barack Obama, and to the then Vice-President Joseph Biden, asking for the release of my federal government file which lists me as a terrorist as part of the fake "war on terror".

3---On 9-28-2015, they retaliated by ordering my assassination by FBI agents who broke the door of my apartment and conducted a warrantless raid; lawsuit 16CV2362 was commenced on 3-29-2016.

-2-

4---On 4-28-2016, when I arrived home after undergoing disc surgery, they broke the door of my apartment again, conducted another warrantless raid to kill me, did not arrest or charged me with a crime, kidnapped, handcuffed, brought me as a John Doe by ambulance to HHC Bellevue Hospital, for over one (1) day drugged, assaulted, forcibly took urine and blood, conducted medical procedures, and released me with a fabricated diagnosis of "delirium"; that incident was added to the ongoing lawsuit including injuries like heart disease, PTSD, and disc damage.

5---The hospital lawyers refuse to release the names of the FBI agents involved.

6---At the mention of COINTELPRO no lawyer would dare to represent me.

7---On 4-21-2021, lawsuit 16CV2362 was capriciously dismissed by corrupt Judge Ronnie Abrams, corrupt U.S. Deputy Attorney General, Greg Andres (Abrams' husband), and corrupt U.S. Magistrate-Judge Kevin Nathaniel Fox.

8---On 4-27-2019 the FBI and the NYPD conducted another warrantless raid of my apartment to kill me, removed me from the apartment while some of them stayed ransacking and searching, falsely charged me with a misdemeanor that was dismissed days later, in handcuffs and leg shackles twice (2) took me to be tortured at HHC Bellevue Hospital, and released me a day later. See photograph.

9---Because of the persecution against me by Abrams, Andres, and Fox in case 16CV2362, the Chief Judge of the court, Hon. Colleen McMahon, granted my petition to create a new lawsuit; case 19CV6332 was assigned to you.

10---Please reverse your order legitimizing HHC Bellevue Hospital as FBI torture center.

*Wilfredo Torres* (signature)

Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016

Tel. 212-447-1737

Cc:

Hon. Joseph Biden,
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

Hon. Kamala Harris,
Vice-President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500

U.S. Department of Justice
Elizabeth Prelogar, Solicitor General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)

U.S. Department of Justice
Merrick Garland, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)

City of New York-Law Department
Sylvia Hinds-Radix, Esq.
Carolyn Kay Depoian, Esq.
100 Church Street
New York, N.Y. 10007

Heidell Pittoni Murphy & Bach, LLP
Gabrielle LaMarche DeYoung, Esq.
Doreen Dufficy, Esq.
99 Park Avenue
New York, N.Y. 10016

Aaronson Rappaport Feinstein & Deutsch
David Dince, Esq.
600 Third Avenue
New York, N.Y. 10016

