# MEMO ENDORSED

United States District Court
Southern District of New York

Motion for Appointment of
a Special Master for Discovery

---

Wilfredo Torres

Re: 19CV6332 (ER) (KP)

                  Pro Se Plaintiff

Dated: January 30, 2023.

-vs-

City of New York, et al.

> Plaintiff's motion for the appointment of a special master is denied. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff. SO ORDERED.
>
> *Edgardo Ramos, U.S.D.J*
> Dated: February 6, 2023
> New York, New York

                  Defendants

---

To: Hon. Edgardo Ramos,
United States Judge

1---As the pro se plaintiff of this case against the Deep State-CIA-FBI-COINTELPRO's domestic assassinations program that on numerous occasions has attempted to kill me and uses HHC Bellevue Hospital as torture center, I hereby ask you to grant this Motion to Appoint a Special Master for the Discovery Period.

2---The background information of this case is that on 6-08-2015, 7-13-2015, and 8-02-2015 I sent letters to then U.S. President Barack Obama, and then Vice-President Joseph Biden, asking for the release of my federal government file which lists me as a terrorist as part of the fake "war on terror".

3---On 9-28-2015 they retaliated by ordering my assassination by FBI agents who broke the door of my apartment, carried out a warrantless raid, and did not arrest or charge me with a crime.

4---At the mention of COINTELPRO no lawyer wanted to represent me, so on 3-29-2016 I brought pro se lawsuit 16CV2362.

5---On 4-28-2016, when I arrived home after undergoing disc-surgery they broke the door of my apartment again, conducted another warrantless raid to kill me, did not arrest or charge me with a crime, handcuffed, kidnapped, and took me as a John Doe by ambulance to HHC Bellevue Hospital, for over one (1) day drugged, assaulted, forcibly took urine and blood, conducted medical procedures, and released me as a John Doe with a fabricated diagnosis of "delirium"; that crime was added to the ongoing lawsuit 16CV2362.

6---The hospital lawyers refused to release the name of the FBI agents involved.

7---On 10-20-2018 and 12-13-2018 the defendants arrested me on false misdemeanor complaints which were dismissed days later.

8---They continued trying to break into my apartment and on 2-27-2019 carried out another warrantless raid to kill me, handcuffed, removed me from the apartment while some of them stayed searching, falsely charged me with a misdemeanor, brought me to the police station, handcuffed and in leg shackles took me to HHC Bellevue Hospital, to the police station, to court, to the police station, in handcuffs and leg shackles to HHC Bellevue Hospital, to the police station, and to court where still handcuffed behind my back a Judge released me a day later; that case was dismissed days later. See photograph.

9---Despite the evidence and damages including heart disease, PTSD, and disc injuries, on 4-21-2021 lawsuit 16CV2362 was capriciously dismissed by corrupt U.S. Judge Ronnie Abrams, corrupt Deputy U.S. Attorney General Greg Andres (Abrams' husband), and corrupt U.S. Magistrate-Judge Kevin Nathaniel Fox.

-3-

10---Due to the brutal cover-up by Abrams, Andres, and Fox, Chief Judge Colleen McMahon created a new case for the 2-27-2019 attack and assigned it to you.

11---To give the defendants more chances to kill me, you have paralyzed that case for over two (2) years by granting their numerous delaying motions such as a fifteen (15) months stay "because one of the eight (8) defendants is in the army". Please grant this motion for a Special Master for Discovery; send the case to trial.

*Wilfredo Torres*
Wilfredo Torres
470 Second Avenue  Apt. 2A
New York, N.Y. 10016
Telephone: 212-447-1737

Cc:
Hon. Joseph Biden
President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

Hon. Kamala Harris
Vice-President of the United States
The White House
1600 Pennsylvania Avenue, NW
Washington, DC 20500
(Via Certified Mail)

U.S. Department of Justice
Merrick Garland, Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)

U.S. Department of Justice
Elizabeth Prelogar, Solicitor General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
(Via Certified Mail)

City of New York-Law Department
Sylvia Hinds-Radix, Esq.
Carolyn Kay Depoian, Esq.
100 Church Street
New York, N.Y. 10007

Heidell Pittoni Murphy & Bach, LLP
Gabrielle LaMarche DeYoung, Esq.
Doreen Dufficy, Esq.
99 Park Avenue
New York, N.Y. 10016

Aaronson Rappaport Feinstein & Deutsch
David Dince, Esq.
600 Third Avenue
New York, N.Y. 10016

