UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

– against –

CITY OF NEW YORK; POLICE LIEUTENANT NEIL VERAS; and POLICE OFFICERS PATRICIA DE JESUS, (*Shield #1305*), DIOASKY PENA *(Shield #10240)*, MATEASZ HADER, *(Shield #9149)*, and DANIEL PEARLES (*Shield #15167*),

                Defendants.

**OPINION AND ORDER**
19 Civ. 6332 (ER)

Ramos, D.J.:

    The telephonic initial conference previously scheduled for February 8, 2023, **is hereby rescheduled for March 7, 2023 at 4 p.m.** The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

It is SO ORDERED.

Dated:   February 6, 2023
             New York, New York

                                                                Edgardo Ramos, U.S.D.J.