U.S. District Court  
Southern District of New York  
_____

Wilfredo Torres,

            **Pro Se Plaintiff**

    -vs-

City of New York, et al.

           **Defendants**
_____

Plaintiff's Motion for Audio Recording of Telephonic Conference of March 7, 2023

Re: 19CV6332 (ER) (KP)

Dated: August 28, 2023

**MEMO ENDORSED**

Hon. Edgardo Ramos,  
United States Judge

Judge Ramos:

1---I am the pro se plaintiff of the above case.

2---A telephonic conference took place on March 7, 2023.

3---Soon thereafter I requested a copy of the audio-recording, but it was denied.

I hereby request an order for the release of said document.

*Wilfredo Torres* (signature)  
Wilfredo Torres  
470 Second Avenue Apt. 2A  
New York, N.Y. 10016

Telephone: 212-447-1737

CC:  
City of New York-Law Department  
Sylvia Hinds-Radix, Esq.  
Carolyn Kay Depoian, Esq.  
Mary K. Sherwood, Esq.  
100 Church Street  
New York, N.Y. 10007

---

The request for an audio recording of the conference is DENIED, but Torres may obtain a copy of the transcript of the conference through the Court Reporters' office: https://www.nysd.uscourts.gov/court-reporters.

SO ORDERED.

Edgardo Ramos, U.S.D.J.  
Dated: August 30, 2023  
New York, New York