UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

– against –

CITY OF NEW YORK, et al.,

                Defendants.

**ORDER**

No. 19-cv-6332 (ER)

Ramos, D.J.:

    A telephonic conference was scheduled for September 6, 2023 at 10:30 AM regarding discovery and other outstanding issues and motions.  *See* Docs. 219 and 234.  Plaintiff did not appear at the conference.

    The Court hereby reschedules the hearing to occur in person on September 20, 2023 at 10:00 AM before the Honorable Edgardo Ramos in Courtroom 619 of the United States Courthouse, 40 Foley Square, New York, NY.

    The Court reminds Plaintiff that failure to comply with a court order may result in adverse action, including dismissal for failure to prosecute.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

    It is SO ORDERED.

Dated:    September 6, 2023
             New York, New York

                                              Edgardo Ramos, U.S.D.J.