UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                                Plaintiff,

        – against –

CITY OF NEW YORK, et al.,

                                Defendants.

**<u>ORDER</u>**

No. 19-cv-6332 (ER)

Ramos, D.J.:

        A telephonic conference was scheduled for September 6, 2023 at 10:30 AM regarding discovery and other outstanding issues and motions.  *See* Docs. 219 and 234.  Plaintiff did not appear at the conference.  The Court rescheduled the telephonic conference for September 20, 2023 at 10:00 AM and ordered that it be held in person.  Doc. 236.

        On September 7, 2023, Plaintiff filed a "Motion for Court to Explain Why it Secretly Cancels Telephonic Conferences Without Previous Notice."  Doc. 237.  He asked the Court to explain why it had cancelled telephonic conferences on February 6, 2023 and September 6, 2023 "without previous notification, thus leaving [him] at home waiting for the court's call."  *Id.*

        First, the September 6, 2023 conference was not canceled; it did not go forward because Plaintiff failed to appear by telephone as he was directed to do (*see* Docs. 219 and 234).  Second, the Court does not call the parties for telephonic conferences; the parties are directed to dial the phone number listed in the Court's order and enter the also-listed access code when prompted.  Third, while no conference was ever set for February 6, 2023, a conference had previously been scheduled for February 8, 2023 (Doc. 192), which was subsequently rescheduled for—and held on—March 7, 2023 (Doc. 208; March 7, 2023 Minute Entry).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

It is SO ORDERED.

Dated:    September 11, 2023
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.