UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| WILFREDO TORRES,<br><br>      Plaintiff,<br><br>   *– against –*<br><br>CITY OF NEW YORK, et al.,<br><br>      Defendants. |

**ORDER**

No. 19-cv-6332 (ER)

Ramos, D.J.:

 At a status conference on September 20, 2023, the Court ordered the City Defendants to respond to all pending motions filed by Mr. Torres by September 27, 2023.  Sept. 20, 2023 Minute Entry.  Mr. Torres' reply would be due October 11, 2023.  *Id.*

 Mr. Torres filed two additional motions, which were entered on September 20 and September 26, 2023.  Docs. 243, 244.

 The Court directs the City Defendants to respond to the additional motions (Docs. 243, 244) and extends the deadline for the responses to all pending motions until October 4, 2023. Mr. Torres' deadline to reply is similarly extended to October 18, 2023.

 It is SO ORDERED.

Dated: September 27, 2023
   New York, New York

            _____
              Edgardo Ramos, U.S.D.J.