UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

           Plaintiff,

– *against* –

CITY OF NEW YORK, et al.,

           Defendants.

**ORDER**

No. 19-cv-6332 (ER)

Ramos, D.J.:

On October 24, 2023, Torres filed a motion to correct certain purported errors in the transcript from the September 20, 2023 hearing. Doc. 252. The Court directed the Defendants to respond (Doc. 254), but they have not yet done so. **Defendants must respond by January 31, 2024**.

On January 5, 2024, the Court granted defendants' request to extend the fact discovery deadline to March 8, 2024. Docs. 256, 257. Torres appealed the Court's order (Doc. 258) and moved for leave to proceed *in forma pauperis* on appeal (Doc. 259). In his request for leave to proceed *in forma pauperis*, Torres fails to claim an entitlement to redress or state the issues that he intends to present on appeal. Fed. R. Civ. P. 24. The Court certifies that under 28 U.S.C. § 1941(a)(3), an appeal from its Order (Doc. 257) would not be taken in good faith. Therefore, ***in forma pauperis* status for purpose of an appeal is DENIED**. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

On January 19, 2024, Torres moved to compel the Defendants to identify NYPD Lieutenant Nell Veras as a "CIA terrorist" and/or federal employee and to amend his complaint to add the United States Department of Justice as a defendant. Doc. 260. Torres previously made a

near identical motion, which was denied.  Doc. 97.  Torres has shown no basis to reconsider or otherwise alter the result, and **the renewed motion is accordingly DENIED**.

The Clerk of Court is respectfully directed to terminate the motions (Docs. 259 and 260).

It is SO ORDERED.

Dated:  January 23, 2024
        New York, New York

                                                        Edgardo Ramos, U.S.D.J.