UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

          Plaintiff,

– against –

CITY OF NEW YORK, et al.,

          Defendants.

**ORDER**

No. 19-cv-6332 (ER)

Ramos, D.J.:

On October 24, 2023, Torres filed a motion to correct certain purported errors in the transcript from the September 20, 2023 hearing.  Doc. 252.  On January 30, 2024, Defendants responded that, "[w]ith the exception of Plaintiff's proposed change to his appellate docket number at pg. 4, line 24," the other purported errors Torres identifies do not require correction.  Doc. 263.  Accordingly, Torres' motion is DENIED except as to the correction of the appellate docket number on page 4, line 24 of the transcript.

The Clerk of Court is respectfully directed to terminate the motion (Doc. 252).

It is SO ORDERED.

Dated:   January 31, 2024
             New York, New York

                                                              Edgardo Ramos, U.S.D.J.