UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

           Plaintiff,

– against –

CITY OF NEW YORK, et al.,

           Defendants.

**ORDER**

No. 19-cv-6332 (ER)

Ramos, D.J.:

    Defendants submitted a letter motion to the Court on March 8, 2024 indicating that Torres has repeatedly failed to cooperate with Defendants to schedule his deposition and thereafter failed to appear at the scheduled deposition. Doc. 265. Defendants now ask that the Court enter an order compelling Torres to appear for a deposition on April 9, 2024 and extend the fact discovery deadline to April 12, 2024.

    The Court grants the request. Torres is directed to appear for his deposition on April 9, 2024. Failure to do so may result in dismissal of the action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Moreover, the fact discovery deadline is extended to April 12, 2024.

    The Clerk of Court is respectfully directed to terminate the motion (Doc. 265).

    It is SO ORDERED.

Dated:    March 8, 2024
             New York, New York

                                                                Edgardo Ramos, U.S.D.J.