UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILFREDO TORRES,

                        Plaintiff,

-against-                                     19 **CIVIL** 6332 (ER)

## JUDGMENT

CITY OF NEW YORK; POLICE LIEUTENANT
NEIL VERAS; and POLICE OFFICERS
PATRICIA DE JESUS (SHIELD #1305),
DIOASKY PENA and MATEASZ HADER,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 2, 2024, the case is DISMISSED with prejudice for failure to prosecute. In addition, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal of this Order would not be taken in good faith and therefore denies in forma pauperis status for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 445–45 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

        December 03, 2024

                                                          **DANIEL ORTIZ**
                                                   Acting Clerk of Court

                            BY:
                                                    **Deputy Clerk**